UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 5:23-cr-50053 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Sex Trafficking by Force, Fraud, and Coercion (18 U.S.C. §§ 1591(a)(1) and (b)(1)) |
| DANIEL J. KUBICA, a/k/a "DANNY HADDRECK, | |
| Defendant. | Benefitting from Sex Trafficking (18 U.S.C. §§ 1591(a)(2) and (b)(1)) |
| | Use of Facility in Interstate Commerce in Aid of a Racketeering Enterprise (18 U.S.C. § 1952(a)(3)(A)) |
| | Forfeiture |

The Grand Jury charges:

**COUNT ONE**

**Sex Trafficking by Force, Fraud, and Coercion**

Beginning on a date unknown, but no later than on or about September 10, 2022, in the District of South Dakota and elsewhere, the defendant, DANIEL J. KUBICA, in and affecting interstate commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited T.B.B., knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and a combination of these means would be used to cause T.B.B. to engage in a commercial sex act, all in violation of 18 U.S.C. §§ 1591(a)(1) and 1591(b)(1).

## COUNT TWO

### Sex Trafficking by Force, Fraud, and Coercion

Beginning on a date unknown, but no later than on or about September 10, 2022, in the District of South Dakota and elsewhere, the defendant, DANIEL J. KUBICA, in and affecting interstate commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited K.M., knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and a combination of these means would be used to cause K.M. to engage in a commercial sex act, all in violation of 18 U.S.C. §§ 1591(a)(1) and 1591(b)(1).

## COUNT THREE

### Sex Trafficking by Force, Fraud, and Coercion

Beginning on a date unknown, but no later than on or about August 31, 2022, in the District of South Dakota and elsewhere, the defendant, DANIEL J. KUBICA, in and affecting interstate commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited S.N., knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and a combination of these means would be used to cause S.N. to engage in a commercial sex act, all in violation of 18 U.S.C. §§ 1591(a)(1) and 1591(b)(1).

## COUNT FOUR

### Sex Trafficking by Force, Fraud, and Coercion

Beginning on a date unknown, but no later than on or about September 27, 2021, in the District of South Dakota and elsewhere, the defendant, DANIEL J. KUBICA, in and affecting interstate commerce, recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited S.M., knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and a combination of these means would be used to cause S.M. to engage in a commercial sex act, all in violation of 18 U.S.C. §§ 1591(a)(1) and 1591(b)(1).

## COUNT FIVE

### Benefitting From Sex Trafficking

Beginning on a date unknown, but no later than on or about September 27, 2021, in the District of South Dakota and elsewhere, the defendant, DANIEL J. KUBICA, benefitted financially and by receiving things of value from participation in a venture which engaged in recruiting, enticing, harboring, transporting, providing, obtaining, patronizing, and soliciting T.B.B., K.M., SN., S.M., and others, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and a combination of these means would be used to cause T.B.B., K.M., SN., S.M., and others to engage in a commercial sex act, all in in violation of 18 U.S.C. §§ 159l(a)(2) and (b)(l).

## COUNTS SIX - NINE

### Use of Facility in Interstate Commerce in Aid of a Racketeering Enterprise

On or about between the dates listed below, in the District of South Dakota and elsewhere, the defendant, DANIEL J. KUBICA, knowingly used and willfully caused to be used a facility in interstate commerce, including, but not limited to, the Internet and cellular phones, to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, a business enterprise involving prostitution offenses in violation of the laws of South Dakota, including S.D.C.L. § 22-23-2, and thereafter, performed and attempted to perform an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of such unlawful activity, to wit:

| Count | Date(s) | Platform | Act | Involving |
|---|---|---|---|---|
| 6 | Between 9/17/2022 and 9/26/2022 | Facebook Messenger | Arranging and promoting prostitution offenses and payment details | T.B.B. |
| 7 | Between 9/10/2022 and 9/29/2022 | Facebook Messenger | Arranging and promoting prostitution offenses and payment details | K.M. |
| 8 | On 8/31/2022 | Facebook Messenger | Arranging and promoting prostitution offenses and payment details | S.N. |

| 9 | Between 9/27/2021 and 9/28/2022 | Facebook Messenger | Arranging and promoting prostitution offenses and payment details | S.M. |

all in violation of 18 U.S.C. § 1952(a)(3)(A).

## FORFEITURE NOTICE

1. The charges contained in Counts One through Nine are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of 18 U.S.C. § 1594(d).

2. For their engagement in the violations alleged in Counts One through Nine, the defendant, DANIEL J. KUBICA, shall forfeit to the United States, pursuant to 18 U.S.C. § 1594(d), all interest in:

   a. Any property, real or personal, constituting or derived from, any proceeds that DANIEL J. KUBICA obtained, directly or indirectly, as a result of the offenses alleged in Counts Two through Ten of this Indictment, or any property traceable to such property; and

   b. Any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offenses alleged in Counts Two through Ten of this Indictment, and any property traceable to such property.

3. The property referenced in paragraph 2, subparagraphs a and b above includes, but is not limited to, video recorders and accessories, cameras,

computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- One black LG TracFone with s/n GPLGL355DCGB/ZNFL355DL,

all pursuant to 18 U.S.C. § 1594(d).

A TRUE BILL

**NAME REDACTED**
_____
FOREPERSON

ALISON J. RAMSDELL
United States Attorney

By _____