AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

United States of America
v.
DANIEL J. KUBICA,
a/k/a "DANNY HADDRECK,

*Defendant*

)
)
)  Case No. 5:23-CR-50053
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DANIEL J. KUBICA, a/k/a "DANNY HADDRECK,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Sex Trafficking by Force, Fraud, and Coercion   18 U.S.C. §§ 1591(a)(1) and (b)(1)
Benefitting from Sex Trafficking   18 U.S.C. §§ 1591(a)(2) and (b)(1)
Use of Facility in Interstate Commerce in Aid of a Racketeering Enterprise   18 U.S.C. § 1952(a)(3)(A))

Date: 3/24/2023

City and state: Rapid City, SD

*Issuing officer's signature*

Matthew W. Thelen, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

CC: USM-CW