IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-mj-00174-STV

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DANIEL KUBICA,

      Defendant.

---

## NOTICE OF APPEARANCE

---

    The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        s/Josh Lilley
        JOSH LILLEY
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Josh_lilley@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on October 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Andrea Lee Surratt, Assistant United States Attorney
    E-mail: Andrea.Surratt@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Daniel Kubica      (via U.S. mail)

                              s/Josh Lilley
                              JOSH LILLEY
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO  80202
                              Telephone:  (303) 294-7002
                              FAX:  (303) 294-1192
                              Josh_lilley@fd.org
                              Attorney for Defendant